**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Ste 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:                    Case No. 02-00342-J

Ampel Corporation

### MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now comes (movant's name, address, telephone number:)

Agriland FS formerly known as New Alliance FS
421 N. 10th Street, Winterset, IA 50273 (formerly P.O. Box 1040, Oskaloosa, IA 52577)
515-462-5347

represented by William Deutchman (funds locator) hereby requests that the court enter an Order for Payment of Unclaimed Funds, and in support of the motion, states:

A check in the amount of $ 4,238.45 belonging to (name of original creditor/claimant) New Alliance FS now know as Agriland FS was tendered to the Clerk of Bankruptcy Court by the case trustee as unclaimed funds.

The amount stated is being held in the Treasury of the United States as unclaimed funds.

Movant is entitled to receive the requested funds based upon (check all that apply):

☐ Movant is the owner of said funds being the owner appearing on the records of this Court.

☐ Movant is the assignee of the owner of the claim to said funds, as evidenced in the attached Affidavit or Assignment or Right.

☐ Movant is the owner's successor in interest, as evidenced in the attached Affidavit and/or other identifying documents.

☐ Movant is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents.

RCIASB 06/03/13 13:56

J:\Web\Forms\PDF Files\Mo Unclaimed Funds.pdf 7/13/10

☒ Movant is named in a LIMITED POWER OF ATTORNEY by (grantor) Agriland FS f/k/a New Alliance FS as evidenced in the attached Power of Attorney document that empowers the movant to collect the unclaimed funds described above on behalf of the grantor:

☒ As the owner of the claim.
☐ As the owner's attorney at law, with authorization to receive said funds.
☐ As the assignee of the owner's claim to said funds.
☐ As the owner's successor in interest.
☐ As the personal representative of the owners estate.

The following documents are submitted, as proof of the movant's identity and status as the owner of claim of entitlement:

☒ Power of Attorney
☐ Formal Assignment
☐ Letter of Appointment
☐ Court Order
☒ Other (describe) proof of Agriland FS relationship to New Alliance FS

**WHEREFORE**, movant requests the Court to enter an Order Directing Payment of the Unclaimed Funds described above to Agriland FS, F/K/A New Alliance FS, at the following address c/o William Deutchman, power of attorney (funds locator) 28650 Fairmount Blvd. Cleveland, Ohio 44124-4538
in accordance with the documents submitted in support of this motion.

The movant declares under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. The movant understands that they may be subject to a fine or imprisonment, or both, if they have knowingly and fraudulently made any false statements in this document.

Date: 02-13-13

Signature X William Deutchman
Name  William Deutchman
Title  power of attorney (funds locator)
Address  28650 Fairmount Blvd.
         Cleveland, Ohio 44124-4538

SUBSCRIBED AND SWORN before me this 13 day of February, 2013.

Signature Nasha Fuentes
NOTARY PUBLIC in and for the State of Ohio, Residing in Cuyahoga County.
My commission expires: 10/14/2017



## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
110 E. Court Avenue, Ste 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:                                   Case No. 02-00342-J

Ampel Corporation

### LIMITED POWER OF ATTORNEY

To: (name address of agent/attorney-in-fact)

William Deutchman (funds locator)
28650 Fairmount Blvd.
Cleveland, Ohio 44124-4538

The undersigned claimant hereby authorized you to act as attorney-in-fact for the undersigned only to collect uncollected, undistributed, or unclaimed funds held by the court and owing to __New Alliance, now known as Agriland FS__ (name of claimant) in the amount of $ __4,238.45__ .

Dated X 3/15/13

Signature: X _____
Name: Shelby Cork
Address: 421 N 10th Street
Winterset, IA 50273
Telephone: 515-462-5347
Social Security Number: XXX-XX-1655  (SC)

Acknowledged before me on the __15__ day of __March__, 20__13__, by __Shelby Cork__, who says that he/she is the person name above and is authorized to execute this power of attorney.

Signature _____
Notary Public

LORI S. W[...]
Commission Number 16[...]
My Commission Expires
6/14/14

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
110 E. Court Avenue, Ste 300
Des Moines, Iowa 50309
www.iasb.uscourts.gov

In the Matter of:                                  Case No. 02-00342-J
    AMPEL CORPORATION

## IDENTIFICATION FORM FOR UNCLAIMED FUNDS

### CORPORATE/BUSINESS

I, __Shelby Cork_____, hereby state that I am the
__Business Manager_____, of __Agriland FS, formerly known as New Alliance FS__
    (Title)                                                    (Business Name)

and I am authorized to request payment of the unclaimed funds referenced in the attached Motion. I am enclosing the attached document(s), including but not limited to corporate documents (if applicable) showing proof of ownership of funds through amendment (such as a name change), assignment, assumption, merger, and/or dissolution, and proper authority to act on behalf of the corporation (if applicable), that substantiate(s) my authorization.

Signature: X _____
Name: __Shelby Cork_____

(CORPORATE    SEAL)    Address: __421 N 10th Street_____
           X                    __Winterset, IA 50273_____
Telephone: __515-462-5347_____

**AGRILAND FS, Inc.**   **Shelby Cork, CPA**
Business Manager

421 N. 10th Street • Winterset, IA 50273
OFFICE (515) 462-5347
MOBILE (515) 975-9914
EMAIL    scork@agrilandfs.com
www.agrilandfs.com

## ATTACH A PHOTOCOPY OF A BUSINESS CARD

J:\Web\Forms\PDF Files\ID Corp Unclaimed Funds.pdf 7/13/10

**IA CORP 1120ES**
Iowa Department of Revenue

24024203857200073106507b  4

FOR CALENDAR YEAR _____ OR FISCAL YEAR ENDING ___7/31/2008___

NAME AND ADDRESS:
New Alliance FS, Inc. and Subsidiary
P.O. Box 1040
Oskaloosa, IA 52577

Federal TIN: 42-0385720
Daytime Phone Number:

ATX  Make check or money order payable to: "Treasurer - State of Iowa"  45-004 (8/01)

**C** INSTALLMENT **1**
due the last day of the fourth month of the calendar or fiscal year

AMOUNT OF PAYMENT $ _____

Mail to:
Corporation Estimate Processing
Iowa Department of Revenue
PO Box 10466
Des Moines, IA 50306-0466

matches address for New Alliance FS when the proof of claim was filed

the New Alliance FS (above) and Agriland FS (below) tax identification numbers are the same also, see Form AO-213 for the same number

Official form is smaller than full page. Please cut to size along dashed line before filing.

---

**IA CORP 1120ES**
Iowa Department of Revenue

240242038572000831132125  9

current address for Agriland FS

FOR CALENDAR YEAR _____ OR FISCAL YEAR ENDING __08/31, 13__

NAME AND ADDRESS:
AGRILAND FS, INC.
421 NORTH 10TH STREET
P.O. BOX 191
WINTERSET, IA 50273-0191

FEIN: 42-0385720
Daytime Phone Number:

If you do not pay electronically, make check payable to Treasurer - State of Iowa.
Pay online at www.iowa.gov/tax  45-004 (06/24/11) STF

**C** INSTALLMENT **2**
due the last day of the sixth month of the calendar or fiscal year

AMOUNT OF PAYMENT $ _____

Mail to:
Corporation Estimate Processing
Iowa Department of Revenue
PO Box 10466
Des Moines, IA 50306-0466

**DUE BY**

SEP 30 2008

eia.doe.gov
**eia** Energy Information Administration

OMB No. 1905-0174
Expiration Date: 12/31/2008
Version No.: 2007.01

## FORM EIA-782B
### RESELLERS'/RETAILERS' MONTHLY PETROLEUM PRODUCT SALES REPORT

This report is mandatory under the Federal Energy Administration Act of 1974 (Public Law 93-275). Failure to comply may result in criminal fines, civil penalties and other sanctions as provided by law. Title 18 USC 1001 makes it a criminal offense for any person knowingly and willingly to make to any Agency or Department of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction. See instructions for further details on the sanctions and the provisions concerning the confidentiality of information submitted on this form.

### PART 1: RESPONDENT IDENTIFICATION DATA

**REPORT PERIOD:** Month `08` Year `2008`

**EIA ID NUMBER:** _____

If any Respondent Identification Data has changed since the last report, enter the change in the Comments Section at the bottom of this page and an X in the box: [X]

```
DOE ID:3613270000    REF MO:AUG        1-25
(NEW ALLIANCE FS INC)
   ATTN: LORI WELLS
   TELE: (515) 462-9827 X117
   110 N E ST
   PO BOX 1040
   OSKALOOSA          IA    52577
```

inidicates a change - see bottom of page

(eg, PO Box, RR)
City: _____ State: _____ Zip: _____
Fax No.: _____
Email address: _____

**DATE OF THIS REPORT:** Mo `09` Day `15` Year `2008`

Number of States for which you are reporting: `1`

**Type of Report (Check One):**
[X] Original
[ ] Revision to Report Dated: Mo ___ Day ___ Year ___

### PART 2: SUBMISSION INFORMATION

A completed form must be filed by the 30th calendar day following the end of the report month.

Forms may be submitted using one of the following methods:

**Mail to:** ATTN: EIA-782B
Energy Information Administration, EI-45
U.S. Department of Energy
Ben Franklin Station
P.O. Box 279
Washington, DC 20044-0279

**Email:** OOG.SURVEYS@eia.doe.gov

**Fax:** (301) 495-8483

**Secure File Transfer:**
https://idc.eia.doe.gov/upload/noticeoog.jsp

**Electronic Transmission:** For the PC Electronic Data Reporting Option (PEDRO) software, call (202) 586-9659. (See Form instructions, pg 1)

**Questions?** Call: 1 (800) 638-8812
Firms located in the Washington, D.C. area:
Call: (301) 495-8440

### PART 3: TYPE OF REPORT QUESTIONS

**Type of Entity (Check One):**
1. [ ] Refiner/Gas Plant Operator
2. [ ] Reseller
3. [ ] Reseller/Retailer
4. [X] Retailer

**Which of the following best describes this firm at the end of this report period? (Check one):**
1. [X] In operation
2. [ ] Temporarily or seasonally inactive
3. [ ] Sold or leased to another firm. See PART 3 of the instructions.
4. [ ] Permanently ceased operation. See PART 3 of the instructions.

**Comments:**

Beginning 9/1/08, business name is changed to (Agriland FS, Inc.)

this is the description of the change that occurred as indicated above

note on the previous page that although there was a change of name and address, the tax identification number of the company remained unchanged

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>AMPEL CORPORATION<br><br>Debtor. | ) Chapter 7<br>) Case No. 02-00342-J<br>)<br>) **REPORT OF TRUSTEE UNDER**<br>) **BANKRUPTCY RULE 3001 FOR**<br>) **UNCLAIMED FUNDS** |

COMES NOW the Trustee, Deborah L. Petersen, and for this Report of Trustee Under Bankruptcy Rule 3011 for Unclaimed Funds, states as follows::

1. No funds or assets of the estate will remain after payment of unclaimed dividends including small dividends to the Court Registry Fund as follows:

| Claim No. | Creditor Name and Address | Claim Amount | Percentage Paid | Amount of Dividend |
|---|---|---|---|---|
| 9 | Office Supplier<br>213 E. Main<br>Knoxville IA 50138 | $261.80 | 58.74% | $153.77 |
| 14 | BP/Amoco<br>c/o Citibank (South Dakota)<br>Processing Center<br>Des Moines IA 50360 | $4028.38 | 58.74% | $2366.08 |
| 22 | Grootveld Oil Co<br>1400 Washington St.<br>Pella IA 50219 | $9592.68 | 58.74% | $5634.29 |
| 26 | New York Blower<br>PO Box 93465<br>Chicago IL | $1574.35 | 58.74% | $924.70 |
| 28 | Shrinkfast<br>PO Box 3556<br>Boston MA 02241 | $686.26 | 58.74% | $403.08 |
| 34 | Officemax, Inc.<br>Dept. 58-3100008886<br>c/o Citibank USA, NA<br>PO Box 8501<br>San Marcos TX 78667-8501 | $824.43 | 58.74% | $484.23 |

| Claim No. | Creditor Name and Address | Claim Amount | Percentage Paid | Amount of Dividend |
|---|---|---|---|---|
| 35 | NBR, Inc<br>816 NW Park Lane<br>Ste B<br>Lees Summit MO 64063 | $1998.27 | 58.74% | 1173.69 |
| 62 | Manufacturer & Dealer Service, LLC<br>3000 Lakeside Dr, 200N<br>Bannockburn IL 60015 | $3932.42 | 58.74% | $2309.72 |
| 73 | Fraser Paper, Inc<br>70 Seaview Avenue<br>Stamford CT 06902 | $37620.18 | 58.74% | $22096.35 |
| 79 | Eastland Packaging Group, LTD<br>4449 48th Avenue<br>Rock Island IL 61201 | $4776.28 | 58.74% | $2805.37 |
| 94 | Touch America<br>PO Box 5207<br>Missoula MT 59806 | $71.29 | 58.74% | $41.87 |
| 98 | New Alliance FS<br>PO Box 1040<br>Oskaloosa IA 52577 | $7216.19 | 58.74% | $4238.45 |
| 100 | C and K Printing, Inc<br>PO Box 35291<br>Des Moines IA 50315 | $1058.64 | 58.74% | $621.80 |
| 109 | Werden Supply Co<br>N16684 Grover Lane<br>Galesville WI 54630-8253 | $10000.00 | 58.74% | $5873.54 |
| 125 | ALLTEL<br>Wireline Financial Services<br>10100 Sardis Crossing Dr<br>Charlotte NC 28270 | $274.74 | 58.74% | $161.37 |

    WHEREFORE, the trustee, Deborah L. Petersen, files her Report Under Bankruptcy Rule 3011 for Unclaimed Funds.

    Respectfully Submitted,

/s/ Deborah L. Petersen
DEBORAH L. PETERSEN, Trustee
# IS9999945
215 South Main Street, Ste 301
P.O. Box 893
Council Bluffs, IA  51502-0893
Telephone: (712) 328-8808

## CERTIFICATE OF SERVICE

I, __William Deutchman__, certify that the Motion for Payment of Unclaimed Funds was either electronically served or served via the U.S. Post Office on the __29__ day of __May__, 20__13__, upon the following parties:

*(List name and address of all parties served. Service must include the following:*
U.S. Attorney for the Southern District of Iowa
110 East Court Avenue
Room 286 US Courthouse Annex
Des Moines, IA  50309

U.S. Trustee for the Southern District of Iowa
Federal Building, Room 793
210 Walnut Street
Des Moines, IA  50309

Case Trustee
  Deborah L Petersen
  PO Box 893
  Council Bluffs, IA 51502-0893

Debtor
  Ampel Corporation
  PO Box 3628
  Urbandale, IA 50322

Debtor's Attorney
  Steven P Wandro
  2501 Grand Ave, Ste B
  Des Moines, IA 50312

*Any other party to this motion)*

Signature __William Deutchman__
Name      William Deutchman
Address   28650 Fairmount Blvd, Cleveland, Ohio 44124
Telephone 216-621-1120

J:\Web\Forms\PDF Files\Mo Unclaimed Funds.pdf 7/03/10