IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| IN RE:<br><br>AMPEL CORPORATION,<br><br>Debtor(s) | Case No. 02-00342<br><br>SUPPLEMENTAL PLEADING FOR HEARING HELD ON MAY 17, 2013<br>[DN 508] |
|---|---|

COMES NOW Timothy J. Van Vliet, and as attorney for Dilks & Knopik, LLC as Attorney-in-Fact for Twin Rivers Paper Company, LLC, and submits the following documents in compliance with the Court's Docket Text Order dated May 17, 2013:

1. Affidavit of Brian Dilks;

2. Affidavit of Glen McMillan; and

3. Affidavit of Wayne Johnson.

WETSCH, ABBOTT & OSBORN, P.L.C.

BY: /s/ Timothy J. Van Vliet
TIMOTHY J. VAN VLIET   #IS9998152
974 - 73rd Street, Suite 20
Des Moines, IA  50324
Telephone: (515) 223-6000
Facsimile:  (515) 223-6011
Email: Tim@dsmialaw.com
ATTORNEY FOR DILKS & KNOPIK, LLC
AS ATTORNEY-IN-FACT FOR TWIN
RIVERS PAPER COMPANY, LLC

              Document      Page 2 of 8

## CERTIFICATE OF SERVICE

By signing above, the attorney certifies that a true and accurate copy of the foregoing instrument was duly served upon the following parties at the addresses shown below by depositing said document addressed to each person, enclosed in sealed envelopes with proper postage affixed thereto, in a United States Post Office depository in Des Moines, Iowa, on June 17, 2013.

**None**

By signing above, the attorney certifies that on June 17, 2013, this document was filed electronically in the United States Bankruptcy Court, for the Southern District of Iowa. This document was served electronically to all parties registered with the Bankruptcy Court to receive CM/ECF email service in this case.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| IN RE: | Case No. 02-00342 |
|---|---|
| AMPEL CORPORATION, | AFFIDAVIT OF BRIAN DILKS |
| Debtor(s) | |

I, Brian Dilks, upon being duly sworn upon oath, depose and state as follows:

1. I was personally involved with obtaining the Affidavits of Glen McMillan and Wayne Johnson, which are being filed contemporaneously with this Affidavit.

2. Wayne Johnson was chosen to execute an affidavit in support of the Motion for Unclaimed Funds because Mr. Johnson had personal knowledge of the sale of assets of Fraser Papers, Inc. by working on behalf of the Purchaser, Twin Rivers Paper Company, LLC.

3. Glen McMillan was chosen to execute an affidavit in support of the Motion for Unclaimed Funds because Mr. McMillan had personal knowledge of the sale of assets of Fraser Papers, Inc. by working on behalf of the Seller, Fraser Papers, Inc. More specifically, Mr. McMillan is the individual who signed the Asset Purchase Agreement and the First Amendment to the Asset Purchase Agreement ("Agreement"). A true and accurate copy of the Agreement and the Second Amendment thereto is attached hereto, marked Exhibit "A" and by this reference made a part hereof.

4. Pursuant to the Agreement, Brookfield Asset Management, Inc. was the purchaser of the assets and designated Twin Rivers Paper Company, Inc. as the owner of the Canadian Assets (as that term is defined in the Agreement) and Twin Rivers Paper Company, LLC as the owner of the US Assets (as that term is defined in the Agreement).

5. The Affidavits of Wayne Johnson and Glen McMillan reference specific docket numbers instead of attaching the specific documents due to the voluminous nature of those documents which total 661 pages.

6. Pursuant to the Agreement, "accounts receivable" is defined as "any and all accounts receivable, notes receivable, book debts, trade debts, rebates, refunds, and other debts or receivables due or accruing due to the Vendors, together with all interest accrued on such items,

and the full benefit of any security, therefore, relating to the Business or the Purchased Assets." The Agreement was intended to be a complete asset purchase with the exception of those assets specifically listed in Section 2.4 of the Agreement titled Excluded Assets. As noted in the Affidavits of Wayne Johnson and Glen McMillan, the Ampel Corporation's accounts receivable subject to the pending Motion for Payment of Unclaimed Funds was not an excluded asset and was one of the assets purchased pursuant to the Agreement.

7. It is customary in asset purchases of a magnitude similar to that referenced in the Agreement that each and every asset is not specifically referenced in a Bill of Sale or similar instrument.

8. This Affidavit is provided in support of the Motion for Payment of Unclaimed Funds filed March 22, 2013.

All as I verily believe.

_____
Brian Dilks

State of Washington, County of King : ss

On this 17th day of June, 2013, before me, the undersigned, a Notary Public in and for the State of Iowa, Washington, personally appeared Brian Dilks, to me known to be the identical person named in and who executed the within and foregoing instrument and acknowledged that he executed the same as his voluntary act and deed.

_____
NOTARY PUBLIC

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| RE: | Case: 02-00342 |
| Ampel Corporation | **AFFIDAVIT OF ACCOUNT** |
| Debtor(s) | |

I, Glen McMillan, Vice President of Fraser Papers LLC under the penalty of perjury under the laws of the United States of America declare that the following statements and information are true and correct:

1. I am over the age of 18 and competent to provide this affidavit;

2. I am Vice President for Fraser Papers LLC and an authorized signatory and agent;

3. I am familiar with and have personal knowledge of the sale of the assets of Fraser Papers Inc. and its affiliated debtors ("Fraser");

4. Fraser filed for creditor protection under Chapter 15 of the *United States Bankruptcy Code* on June 18, 2009. (See Delaware Bankruptcy Court, case #09-12123 Docket #1);

5. On April 1, 2010, the Notice of Sale and the Final Form of Asset Purchase Agreement as Amended And Designation By Brookfield Asset Management Inc. to Designate Twin Rivers Paper Company Inc. as Successful Bidder filed by Fraser Papers Inc. were filed with the court. (See Delaware Bankruptcy Court, case #09-12123 Docket #138);

6. On April 6, 2010, the Superior Court of Justice in Ontario entered a Final Approval and Vesting Order under which the assets of Fraser were sold to Twin Rivers Paper Company Inc. and its subsidiaries. (See Delaware Bankruptcy Court, case #09-12123, Docket #145, Exhibit A);

7. Twin Rivers Paper Company LLC, a subsidiary of Twin Rivers Paper Company Inc., purchased certain US accounts receivables of Fraser, including amounts receivable from Ampel Corporation;

8. Any assets coming from the bankruptcy of Ampel Corporation originally owing to Fraser would be owing to Twin Rivers Paper Company LLC;

I pray that the court will accept this affidavit as proof of entitlement to these funds.

Dated JUNE 4, 2013    By: _____
                         Glen McMillan

~~STATE~~ Province OF Ontario, ~~COUNTY~~ City OF Toronto

On June 4, 2013 before me, personally appeared (insert name of the signer) Glen McMillan personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
Notary Public

My commission expires on N/A

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| RE:  <br>  Ampel Corporation  <br>  Debtor(s) | Case: 02-00342  <br>  **AFFIDAVIT OF ACCOUNT** |

I, Wayne Johnson, Vice President of Finance for Twin Rivers Paper Company LLC under the penalty of perjury under the laws of the United States of America declare that the following statements and information are true and correct:

1. I am over the age of 18 and competent to provide this affidavit;

2. I am Vice President of Finance for Twin Rivers Paper Company LLC and an authorized signatory and agent;

3. I am familiar and have personal knowledge of sale of the assets of Fraser Papers Inc. and its affiliated debtors ("Fraser");

4. Fraser filed for creditor protection under Chapter 15 of the *United States Bankruptcy Code* on June 18, 2009. (See Delaware Bankruptcy Court, case #09-12123 Docket #1);

5. On April 1, 2010, the Notice of Sale and the Final Form of Asset Purchase Agreement as Amended And Designation By Brookfield Asset Management Inc. to Designate Twin Rivers Paper Company Inc. as Successful Bidder filed by Fraser Papers Inc. were filed with the court. (See Delaware Bankruptcy Court, case #09-12123 Docket #138);

6. On April 6, 2010, the Superior Court of Justice in Ontario entered a Final Approval and Vesting Order under which the assets of Fraser were sold to Twin Rivers Paper Company Inc. and its subsidiaries. (See Delaware Bankruptcy Court, case #09-12123, Docket #145, Exhibit A);

7. Twin Rivers Paper Company LLC, a subsidiary of Twin Rivers Paper Company Inc., purchased certain US accounts receivables of Fraser, including amounts receivable from Ampel Corporation;

8. Any assets coming from the bankruptcy of Ampel Corporation originally owing to Fraser would be owing to Twin Rivers Paper Company LLC;

I pray that the court will accept this affidavit as proof of entitlement to these funds.

Dated 6/5/13        By: _____
                         Wayne Johnson


STATE OF Maine, COUNTY OF Cumberland

On June 5, 2013 before me, personally appeared (insert name of the signer)
Wayne Johnson
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

                        _____
                        Notary Public  Margo L. Albert
(SEAL)
                        My commission expires on 12/16/2015