**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| In Re: | ) | Case No. 02-00342-lmj7 |
| | ) | Chapter 7 |
| Ampel Corporation, | ) | |
| | ) | **REQUEST FOR STATUS CONFERENCE OR HEARING ON** |
| | ) | **OBJECTION TO MOTION FOR PAYMENT OF UNCLAIMED FUNDS** |
| Debtor(s). | ) | |

The United States Trustee for Region 12, by and through the undersigned Assistant United States Trustee, hereby requests the Court set a hearing or status conference regarding his previously filed Objection to the Motions for Payment of Unclaimed Funds in the above entitled case. In support of this request the United States Trustee states as follows:

1. On February 6, 2013, John Marshall filed a motion for payment of unclaimed funds. (Docket # 487.) On February 25, 2013, Brian Dilks filed a motion for payment of the unclaimed funds seeking payment of the same amount previously claimed by Mr. Marshall. (Docket # 490.) On March 1, 2013, the United States Trustee filed objections to the competing request for payment of unclaimed funds. (Docket #'s 493 & 494.)

2. On May 17, 2013, the Court held a hearing on the United States Trustee's objection. At the hearing the Court detailed certain concerns / questions it had related to the debt which gave rise to the two claims for payment.

3. In the Court's order entered on May 17, 2013, it states "the movant shall file an affidavit addressing the concerns of the United States Trustee and the Court that were discussed on the record. (2) By June 14, 2013, the United States Trustee shall withdraw the objection or request the matter be scheduled for an evidentiary hearing."

4. On May 31, 2013, the parties seeking the unclaimed funds moved for additional time to comply with the Court's order.

5. The United States Trustee was contacted by the attorney for the parties regarding a

1

proposed affidavit. After review, the United States Trustee determined the affidavit did not address the Court's concerns and would be subject to continuing objection. Counsel indicated he would discuss the matter with his clients. The United States Trustee has received no further contact from counsel.

WHEREFORE, the United States Trustee respectfully requests the Court set this matter for either a continued status conference or for an evidentiary hearing on the United States Trustee's objection.

        **Daniel M. McDermott**
        United States Trustee
        Region 12

        By:/s/ James L. Snyder
            **James L. Snyder**
            Assistant United States Trustee
            ID # IS9999967
            210 Walnut Street, Room 793
            Des Moines, Iowa 50309-2108
            Ph: (515) 284-4982 / Fax: 284-4986
            James.L.Snyder@usdoj.gov

**Certificate of Service**

A copy of the following document was sent to the parties listed below on August 22, 2013.

Parties served by CM/ECF:

    Timothy J Van Vliet    tim@dsmialaw.com

    Deborah L Petersen    dlptrustee@petersenlawcb.com,    IA09@ecfcbis.com; dlpetersen@ecf.epiqsystems.com

Parties served by regular mail (USPS):

| | |
|---|---|
| JM Partners, LLC<br>John J. Marshall<br>6800 Paragon Place<br>Suite 202<br>Richmond, VA 23230-1656<br><br>Brian J. Dilks<br>35308 SE Center St<br>Snoqualmie, WA 98065 | John Marshall<br>6800 Paragon Place<br>Suite 202<br>Richmond, VA 23230-1656<br><br>Twin Rivers Paper Company<br>Brian J. Dilks<br>35308 SE Center St<br>Snoqualmie, WA 98065 |

                                                              By:<u>/s/ Shelly W. Fellner</u><br>                                                                  Shelly W. Fellner<br>                                                                  Legal Clerk<br>                                                                  United States Trustee's Office